UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                  )<br>               Plaintiff,              )<br>                                                  )<br>     vs.                                      )<br>                                                  )<br>ERIC BRANDON WESTLUND,    )<br>                                                  )<br>               Defendant.           )<br>_____) | Case No.  1:05-cr-00453 AWI<br><br>**ORDER OF DETENTION FOLLOWING**<br>**REVOCATION OF PREVIOUSLY SET**<br>**CONDITIONS OF RELEASE** |

A.   Order for Revocation and Detention

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and defendant Eric Brandon Westlund ("Defendant") detained.

B.   Statement of Reasons for the Revocation and Detention

   The Court orders the revocation of pretrial release conditions and Defendant's detention because it finds:

   __x__ (1)  There is probable cause to believe Defendant has committed a Federal, State, or local crime while on release, to wit:

            The Bond Violation Memorandum dated May 24, 2006 submitted in this matter, and the Pretrial Services Violation Petition dated May 10, 2006 in this matter, report that Defendant was arrested by the Kern County Sheriff's Department on or about May 9, 2006, for forgery offenses committed on March 15, 2006 and March 23, 2006. The Bond Violation Memorandum further reports that on May 11, 2006, the Pretrial Services Officer received copies of crime reports prepared by the Kern County Sheriff's Department detailing allegations that Defendant engaged in forgery offenses on March 15, 2006 and March 23, 2006; that Kern County Superior Court records reflect that on May 11, 2006, Defendant entered nolo contendre pleas to forgery and second degree burglary charges in case number BM691558A; and that on May 11, 2006, Defendant was sentenced to a 30-day jail term and fined $150. Further, on May 15, 2006, the Pretrial Services Officer spoke with Defendant by telephone and directed Defendant to report to Pretrial Services at 11:00 a.m. on May 16, 2006; and Defendant failed to report to Pretrial Services as directed.

**or**

 \_\_\_\_\_ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit:

**and**

 \_\_\_\_\_ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

  X  (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

 \_\_\_\_\_ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, to wit:

IT IS SO ORDERED.

Dated: **May 24, 2006**                **/s/ Theresa A. Goldner**
**j6eb3d**                     UNITED STATES MAGISTRATE JUDGE