**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                                          **RE:   ERIC WESTLUND
            Docket Number:  1:05CR00453 AWI
            Sentencing Date: June 19, 2006
            REQUEST FOR CONTINUANCE OF
            SENTENCING HEARING**

Your Honor:

On March 27, 2006, the defendant entered a guilty plea to 18 USC 1343, Wire Fraud. Sentencing was scheduled for June 19, 2006.  The matter was referred to the probation office for the preparation of a presentence report.

In efforts to prepare a presentence report, this officer has attempted to set up a presentence interview or obtain a completed 'Worksheet for Presentence Report' (used to prepare the report).  Several phone calls and emails to defense counsel have not produced any positive results.  As a result, a presentence report has <u>not</u> been prepared for this case.  On June 13, 2006, defense counsel spoke with Jim Herbert, Supervising U.S. Probation Officer and advised that he would seek a continuance in this case.   However, at the time this dictation, a continuance has not been requested.

It is therefore recommended that in light of the aforementioned, sentencing in this matter be continued at least one month, to a date available to the Court.  It is anticipated that defense counsel will expeditiously provide this officer the necessary information in order to complete the presentence report.

Re:     **ERIC WESTLUND**
        **Docket Number:   1:05CR00453 AWI**
        **REQUEST FOR CONTINUANCE OF SENTENCING HEARING**

This officer apologizes for any inconvenience this may have cause to the Court.  This officer can be reached at 499-5727 if the Court has any questions.

                            Respectfully submitted,

                            /s/ Hubert J. Alvarez

                            **HUBERT J. ALVAREZ**
                            **Senior United States Probation Officer**

Dated:      June 16, 2006
            Fresno, California
            HJA


**REVIEWED BY:**     /s/ James E. Herbert
                     **JAMES E. HERBERT**
                     **Supervising United States Probation Officer**


                            **ORDER**

IT IS SO ORDERED.

**Dated:   June 19, 2006**                     /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE